IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEVON W. WRIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>Aluminum Company of America, T/D/B/A Alcoa T/D/B/A Alcoa North American Rolled Products,<br><br>Defendant. | Case No. 5:15-cv-05555-LS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between the attorneys for Plaintiff DeVon Wright and the attorneys for Defendant Alumax Mill Products, Inc. (incorrectly named in the Complaint as Aluminum Company of America, T/D/B/A Alcoa T/D/B/A Alcoa North American Rolled Products), that the Complaint and all claims against Defendant are dismissed with prejudice and without costs or expenses being awarded to any party.

_____
Anna M. Darpino, Esq.
Attorney I.D. No. 203798
McDonnell & Associates, P.C.
Metropolitan Business Center
860 1st Avenue, Suite 5B
King of Prussia, PA  19406
Tel: 610-337-2087

*Counsel for Plaintiff DeVon Wright*

Dated: February 16, 2016

/s/ Rosemary Alito
_____
Rosemary Alito, Esq.
*Admitted Pro Hac Vice*
K&L Gates LLP
One Newark Center,
Tenth Floor
Newark, NJ  07102
Tel: 973-848-4000

*Counsel for Defendant*
*Alumax Mill Products, Inc. (incorrectly named in the Complaint as Aluminum Company of America, T/D/B/A Alcoa T/D/B/A Alcoa North American Rolled Products)*

Dated: February 17, 2016